# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ) <br> UNITED UNION OF ROOFERS, ) <br> WATERPROOFERS AND ALLIED ) <br> WORKERS LOCAL NUMBER 11, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 12 CV 7299 <br><br> Hon. Charles R. Norgle |

## ORDER

Oakk Leaf Construction, LLC's Second Motion for an Extension of Time to Answer or Otherwise Plead to the First Amended Complaint [83] is denied as moot. Defendant Oakk Leaf Construction, Inc's Motion to Dismiss Plaintiff's Second Amended Complaint [111] is granted. Relators may file an amended complaint on or before December 8, 2014.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: November 12, 2014