# IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel., | ) | |
| UNITED UNION OF ROOFERS, | ) | |
| WATERPROOFERS AND ALLIED | ) | |
| WORKERS LOCAL NUMBER 11, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 12 CV 7299 |
| | ) | |
| v. | ) | Hon. Charles R. Norgle |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant, Brinshore Development, L.L.C's Motion to Dismiss Relators' Second Amended Complaint [106] is granted. Relators may file an amended complaint on or before December 8, 2014.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: November 12, 2014