IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS LOCAL NUMBER 11, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br><br>      Defendants. | Civil Action No. 12 CV 7299<br><br>Hon. Charles R. Norgle |

## ORDER

Defendants, Preservation of Affordable Housing, LLC and Preservation Housing Management, LLC's Motion to Dismiss Plaintiffs' Second Amended Complaint [95] is granted. Relators may file an amended complaint on or before December 8, 2014.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: November 12, 2014