IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS LOCAL NUMBER 11, et al. ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 12 CV 7299 |
| v. ) ) | Hon. Charles R. Norgle |
| CITY OF CHICAGO, et al., ) ) | |
| Defendants. ) | |

## ORDER

Defendants KMA's and Celadon's Motion to Dismiss Relators' Second Amended Complaint [85] is granted. Relators may file an amended complaint on or before December 8, 2014.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: November 12, 2014